FILED
JUL 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT 31034-037
F.C.C. U.S.P.-2
P.O. BOX 1034
COLEMAN, FLORIDA 33521
    Plaintiff,

v.

NATIONAL ARCHIVES AND
RECORDS ADMINISTRATION
8601 ADELPHI ROAD
COLLEGE PARK, MD. 20740
    Defendant.

CASE NUMBER 1:06CV01246
JUDGE: John D. Bates
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 07/11/2006

JURY ACTION

RECEIVED
JUN 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## COMPLAINT

On November 24, 2005, Plaintiff address a Freedom Of Information Act (F.O.I.A) Request to the Defendant for information relating to the architectural blue-prints for all the buildings that was constructed

1

within the Beltsville Agriculture Research Center (B.A.R.C.).

A search of records uncovered 11 boxes of Information, and 1 box of blue prints. see attachment (A)

Plaintiff was inform by Defendant, "that if you wish to get an order form for all or part of these files, you can write to us, and we will send you a order form."

Plaintiff has address at least six (6) or more request to Defendant and Deputy for a order form to purchase all or part of these files.

Plaintiff consider the incomplete response a denial under the F.O.I.A. because the requested records are in the custody of the Defendant.

Plaintiff request the Court to order the Defendant to disclose information about the construction of the B.A.R.C. including the 1 box of blue prints,

or grant Plaintiff an Attorney for further investigation, and Plaintiff

2.

demand a Trial by Jury to determine whether the information are exempt from disclosure pursuant to the F.O.I.A.

I, Plaintiff Damon Elliott, declare said affidavit in connection to this Complaint, under penalty of perjury that this information herein is true and correct.

<u>Signature</u>
*Damon Elliott*

3.

# ATTACHMENT (A)



*National Archives and Records Administration*

8601 Adelphi Road
College Park, Maryland 20740-6001

December 21, 2005

Damon Elliott
31034037
United States Penitentiary
P.O. Box 150160
Atlanta, GA 30315

Dear Mr. Elliott:

This is in response to your November 24, 2005 Freedom of Information Act request (NW-26985) for information relating to the architectural blueprints of all the buildings located within the Beltsville Agricultural Research Center in Beltsville, Maryland. We received your request on December 13, 2005.

A search of our records uncovered 11 boxes of information about the construction of the Beltsville Agricultural Research Center, including 1 box of blueprints. However, it appears that all of the blueprints relate to road construction and surfacing. We estimate that each one of these boxes contains roughly 1000 pages of text and it would cost $5,500 to duplicate the contents of these files. Should you wish to get an order form for all or part of these files, you can write to the NWCTC address given below and we will send you an order form.

It would appear that most of the blueprints of the Beltsville Agricultural Research Center are still in the hands of the Department of Agriculture or the Research Center itself. You can write to them at Agricultural Research Service Headquarters Staff, George Washington Carver Center, 5601 Sunnyside Avenue, Beltsville, Maryland, 20705.

We do not consider this response a denial under the Freedom of Information Act because the records in our custody do not include the information you requested. If you consider this an adverse response, you may appeal by writing to the Deputy Archivist (NW), National Archives at College Park, 8601 Adelphi Road, College Park, Maryland, 20740-6001, and explain why you think our search does not meet the requirements of the FOIA.

We regret that we could not be of more assistance to you. If you have any further questions, you may write to the Civilian Reference Branch (NWCTC), National Archives at College Park, 8601 Adelphi Road, College Park, MD 20740-6001. The telephone number is (301) 837-3480.

06 1246

**FILED**

JUL 11 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*NARA's web site is http://www.nara.gov*