IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT ) | |
| ) | |
| Plaintiff, *Pro-se*, ) | |
| ) | |
| v. ) | Civil Action No. 06-1246 (JDB) |
| ) | (Electronic Filing) |
| NATIONAL ARCHIVES AND RECORDS ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

Now comes the defendant, the National Archives and Records Administration (NARA), by and through Counsel, and hereby answers the *pro-se* plaintiff, Damon Elliott's, complaint as follows:

**FIRST AFFIRMATIVE DEFENSE**

The Court lacks subject matter jurisdiction.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff has failed to state a claim upon which relief may be granted.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff is not entitled to a jury trial.

**FOURTH AFFIRMATIVE DEFENSE**

Answering specifically the numbered paragraphs of defendant's understanding of plaintiff's complaint, defendant admits, denies, or otherwise avers as follows:

1. NARA admits that plaintiff's FOIA request was dated November 25, 2005, and that plaintiff requested the blueprints for all of the buildings at Beltsville Agriculture Research Center

(BARC) and denies the remaining allegations contained in Paragraph 1 of the Plaintiff's Complaint.

2. NARA admits that its search uncovered eleven (11) boxes of information relating to BARC, including one (1) box of blueprints.

3. NARA admits that plaintiff was informed that he could request an order form if he wished to purchase all or part of the files relating to BARC and denies the remaining allegations contained in Paragraph 3 of the Plaintiff's Complaint.

4. NARA denies that plaintiff addressed six (6) or more requests to NARA for an order form, except to admit that plaintiff addressed one request to NARA for an order form.

5. NARA lacks sufficient information or knowledge to admit or deny the allegations contained in Paragraph 5 of the Plaintiff's Complaint and further denies that NARA's response was a denial under the FOIA.

6. The remainder of the Complaint is plaintiff's prayer for relief and requires no response. To the extent that an answer is required, it is denied.

    All allegations not expressly admitted are denied.

WHEREFORE, having fully answered the complaint, defendant requests the Court to enter judgment in its favor and grant such other relief as may be appropriate.

                                     Respectfully submitted,

                                     /s/
                                 _____
                                 KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                 United States Attorney

          /s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 171538
Assistant United States Attorney


_____/s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334


Dated: Aug. 14, 2006

## **CERTIFICATE OF SERVICE**

I certify that the foregoing Answer was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Damon Elliott
#31034-037
F.C.C. USP-2
Post Office Box 1034
Coleman, Florida 33521

on this 14th day of August, 2006.