## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DAMON ELLIOTT** | ) | |
| | ) | |
| **Plaintiff, *Pro-se*,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-1246 (JDB)** |
| | ) | **(Electronic Filing)** |
| **NATIONAL ARCHIVES AND RECORDS** | ) | |
| **ADMINISTRATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### PROPOSED SCHEDULING ORDER

It is hereby ordered that the defendant shall have until September 22, 2006, to file its

Motion for Summary Judgment (Motion).  Thereafter, the plaintiff shall file his Opposition on or

before October 6, 2006, and the defendant shall file its Reply on or before October 14, 2006.

All discovery shall be stayed pending this Court's ruling on the Motion.

SO ORDERED.

_____
THE HONORABLE JOHN D. BATES
United States District Court Judge