# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ENTERPRISE NATIONAL BANK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) **Civil Action No. 06-1344 (RCL)** |
| **MIKE JOHANN, Secretary,** | ) |
| **U.S. Department of Agriculture** | ) |
| | ) |
| **Defendant.** | ) |

## CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

The United States Department of Agriculture (Department), in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for a forty-five (45) day extension of time until November 20, 2006, within which to answer, move, or otherwise plead to plaintiff's Complaint in the aforementioned action. The Defendant's pleading is currently due on October 6, 2006. Plaintiff, through counsel, consents to the filing of this motion due in part, to the fact that he is also awaiting receipt of the administrative record transcript

Plaintiff filed this action pursuant to 7 U.S.C. § 6999 for judicial review of a final agency determination by Defendant Agriculture concerning guaranteed loan programs under Defendant's Rural Development Division. See 7 C.F.R. §§ 4279 and 4287, et seq. Granting this motion will not require the rescheduling of any other dates. Plaintiff is alleging the failure of the Department of Agriculture to adhere to the decision of the National Appeals Division. Defendant is requesting the additional time to obtain and review a copy of the administrative record which is estimated to take some time to reproduce. The undersigned counsel has made this request based upon the best estimate available for the production of the administrative

transcript.   This request is made for good cause shown and not to cause undue delay of the proceedings.

Respectfully submitted,

/s/

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____        /s/

_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

3