IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT )<br>)<br>Plaintiff, *Pro-se*, )<br>)<br>v. )<br>)<br>NATIONAL ARCHIVES AND RECORDS )<br>ADMINISTRATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1246 (JDB)<br>(Electronic Filing) |

**Motion For Extension Of Time To File Dispositive Motion**

Defendant, National Archives and Records Administration, (NARA) by and through undersigned counsel hereby moves, pursuant to Fed. R. Civ. P. 6(b)(2) for a modification of the scheduling order and the time in which to file a dispositive motion. NARA requests until Tuesday, October 10, 2006, to file its dispositive motion. On August 15, 2006, this Court entered a scheduling order premised upon the defendant's proposed dates for filing its dispositive motion. Defendant's proposed scheduling order was filed with its answer. The date that was submitted and subsequently entered on the scheduling order was September 22, 2006. Defendant's counsel mistakenly entered the date for the dispositive motion in her calendar as October 22, 2006. This error was noticed on today's date upon a routine check of undersigned's docket.

Plaintiff, *pro se*, has requested, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, blueprints of all of the buildings located within the Beltsville Agricultural Research Center (BARC). NARA has responded to Plaintiff in writing that it has no responsive documents. NARA has referred plaintiff to the Department of Agriculture for the records.

Plaintiff has a related action, <u>Damon Elliott v. United States Department of Agriculture,</u> Civ. Act. No. 06-0240 (JDB) against the Department of Agriculture for the same records. A dispositive motion was filed in that case on September 27, 2006.

    The motion in the instant matter will be forthcoming on October 10, 2006. Counsel for the Agency is out of the office until Thursday, October 5, 2006. Accordingly, the time requested is to facilitate the completion of a declaration and adequate review of the dispositive motion. This motion is not made for delay but for good cause shown.

        Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

## CERTIFICATE OF SERVICE

      I certify that the foregoing Request For Extension of Time was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Damon Elliott
#31034-037
F.C.C. USP-2
Post Office Box 1034
Coleman, Florida 33521


on this 1st day of October, 2006.


                                                              _____
                                                              Heather Graham-Oliver