## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT** ) | |
| ) | |
| **Pro-se Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 06-1246 (JDB)** |
| ) | **(Electronic Filing)** |
| **NATIONAL ARCHIVES AND RECORDS** ) | |
| **ADMINISTRATION,** ) | |
| ) | |
| **Defendant.** ) | |

## DECLARATION OF JAMES J. HASTINGS

I, James J. Hastings, hereby declare the following to be true and correct:

1.    I am presently employed as the Director of Access Programs for the Office of

Records Services - Washington, D.C., National Archives and Records

Administration (NARA), located at 8601 Adelphi Road, College Park, Maryland.

NARA houses, preserves, and makes available to the public the permanently

valuable records created in the course of business conducted by the United States

Federal government.  Agencies, such as the Department of Agriculture, transfer

their permanently valuable records to NARA for permanent retention, and NARA,

which retains physical and legal custody over the records, makes them available

to the public.  In my capacity as Director of Access Programs I am responsible for

public access to all of the textual and special media records in the National
Archives in the Washington, DC area.

2.      I have been an archivist with NARA for 34 years. I have held various positions
during my career, including Director of the Nixon Presidential Materials Project,
Director of the Records Appraisal and Disposition Division, Director of the
Textual Archives Services Division. I am familiar with the system and
procedures within NARA and documents held by it. Throughout my career at
NARA I have been responsible for determining the status of Federal records,
identifying and describing the records, and making them available to the public.

3.      The statements made herein are based upon my personal knowledge, and upon
information and belief accrued in the course of performing my official duties,
including information obtained from my colleagues.

4.      The holdings in our Access Programs are in the National Archives Building in
Washington, D.C., and in the National Archives at College Park, Maryland.
These holdings total approximately 2.2 million cubic feet, consisting of hundreds
of millions of textual records, photographs, architectural and engineering
drawings, maps, motion and sound recordings and many other formats. Access
Programs maintains these records in organizational units that specialize in the
particular record format.

5.      When NARA receives a Freedom of Information Act request for materials that
may be among our archival holdings, the request is processed by NARA's Special
Access and FOIA Staff. The staff specializes in access to classified and
unclassified sensitive records. Upon receipt of a FOIA request, the Special

Access and FOIA Staff logs the request into a tracking system and then refers it to the appropriate unit for response within 20 days. The appropriate unit assigns the request to a staff member who works with records of the type requested, such as records relating to the Department of Agriculture. The staff member conducts a search of NARA's holdings using finding aids, often indexes or other paper documents that were provided by an agency with its records or created by NARA.

6.     On November 24, 2005, Damon Elliott sent a FOIA request to NARA for blueprints of "all" buildings at the United States Department of Agriculture's Beltsville Agricultural Research Center (BARC). Attached hereto as Exhibit "A."

7.     Upon receipt of Mr. Elliott's request, NARA's Special Access and FOIA Staff logged the request and assigned it number NW-26985. Because Mr. Elliott's request was for textual records of a non-military agency, the FOIA Staff forwarded the request to the Civilian Records Unit of the Textual Archives Services Division, which is responsible for such records.

8.     On December 8, 2005, the Special Access and FOIA Staff sent Mr. Elliott a letter informing him that his request was sent to the appropriate office.

9.     The Civilian Records Unit of the Textual Archives Services Division searched and found eleven (11) boxes of information relating to the construction of the Beltsville Agricultural Research Center, one (1) box of which contained blueprints. However, the blueprints related to road construction and surfacing, not buildings. NARA's holdings do not include the specific blueprints that Mr. Elliott requested.[1]

---

[1] During NARA's search for responsive records we did locate blueprints for the nearby Agricultural Library, but Mr. Elliott did not request those blueprints and did not indicate that he wants them (see infra ¶¶ 16 – 17).

10.    On December 21, 2005, NARA staff member Gene Morris sent a letter to Mr.

Elliott explaining four things:  1) that none of the records NARA found appeared

responsive to his request; 2) that the documents he is seeking are most likely still

housed with BARC or the Department of Agriculture; 3) that if he wished to

receive copies of the documents that NARA does have, at a cost of $5,500, he

could write back to request an order form; and 4) that NARA did not consider its

response a denial under FOIA because NARA did not have the documents Mr.

Elliott requested (NARA nevertheless provided Mr. Elliott with appeal rights).

Attached hereto as Exhibit "B."

11.     On January 5, 2006, NARA received a letter from Mr. Elliott dated December 29,

2005, and addressed specifically to Mr. Morris.   Mr. Elliott requested an order

form so that he could "break down" his FOIA request and specifically order the

blueprints for building 22 at BARC.  Mr. Elliott also asked how much it would

cost to reproduce the blueprints for building 22 if NARA is in possession of the

documents.  Attached hereto as Exhibit "C."

12.    In response to Mr. Elliott's letter, the Civilian Records Unit of the Textual

Archives Services Division searched for the blueprints of building 22 at BARC

and again uncovered no responsive documents.  In an effort to be as attentive as

possible to Mr. Elliott's request, NARA staff also forwarded Mr. Elliott's request

directly to NARA's Cartographic and Architectural Records Section of the

Special Media Archives Services Division, which is part of Access Programs.

13.    On January 17, 2006, Mr. Morris sent a letter to Mr. Elliott informing him that

NARA staff had again found no responsive records to his request, and had

forwarded his request to the Cartographic and Architectural Records Section. Mr. Morris again suggested that Mr. Elliott contact BARC or the Department of Agriculture and provided the contact information for these organizations. Attached hereto as Exhibit "D."

14.    On January 30, 2006, Ms. Priscilla Dyson of the Cartographic and Architectural Records Section sent a letter to Mr. Elliott informing him that the Section searched its holdings and uncovered no responsive records. Attached hereto as Exhibit "E."

15.    On March 6, 2006, the Cartographic and Architectural Records Section received a letter from Mr. Elliott dated February 28, 2006, in which Mr. Elliott explained that he submitted a FOIA request to BARC and was denied access to the blueprints of their buildings. In addition, Mr. Elliott asked if the Section had access to the blueprints of the buildings within the Department of Agriculture REE-ARS in Beltsville, Maryland, "off of 5601 Sunnyside Ave.," and, if so, how much it would cost to purchase them. Attached hereto as Exhibit "F."

16.    In response to Mr. Elliott's letter, the Cartographic and Architectural Records Section searched its records and found blueprints of the National Agricultural Library in Beltsville, Maryland, but no blueprints relating to such buildings located on Sunnyside Avenue.

17.    On March 16, 2006, Ms. Kimberly Davis of the Cartographic and Architectural Records Section sent a letter to Mr. Elliott explaining that they found blueprints for the Agricultural Library, but no documents that were specifically responsive to his request. Ms. Davis also explained that if he wished to purchase the blueprints

of the Library, Mr. Elliott would have to contact a vendor that produces copies for the Cartographic Section. Ms. Davis included information on how to contact a vendor with her letter. Attached hereto as Exhibit "G."

18.     On March 23, 2006, Mr. Elliott sent a letter to the Cartographic and Architectural Records addressed specifically to Ms. Davis. Mr. Elliott's letter explained that he was seeking records to prove the existence, non-existence, or use of building 22 at BARC, because he was convicted of committing a federal crime therein. Mr. Elliott did not specifically request documents from NARA in this letter. Instead, he asked Ms. Davis if she knew of any other resources to which he could address his concerns other than BARC because they had already denied his request. Attached hereto as Exhibit "H."

19.     The Cartographic and Architectural Records Section forwarded Mr. Elliott's letter to the Civilian Records Unit of the Textual Archives Services Division.

20.     In response to Mr. Elliott's letter, the Civilian Records Unit again examined the finding aids and found several boxes of information regarding the construction of BARC within the records of the Office of the Secretary of Agriculture. A search of these records uncovered no information regarding building 22. The Civilian Records Unit also examined correspondence files related to BARC within the records of the Bureau of Plant Industry, Soils, and Agricultural Engineering, but again found no information about building 22.

21.     On April 20, 2006, the Civilian Records Unit wrote a letter explaining its findings and suggesting that Mr. Elliott write to the National Agricultural Library for any published information on building 22. Attached hereto as Exhibit "I."

22.    On June 2, 2006, the NARA Office of General Counsel received a letter from Mr.

Elliott dated May 27, 2006, addressed to NARA FOIA Officer Ramona Oliver,

asking for copies of the blueprints for building 003 at BARC. Mr. Elliott

referenced the FOIA request number from his November 2005 request (NW-

26985) in the "regarding" line of his letter. Attached hereto as Exhibit "J."

23.    On June 27, 2006, NARA received a letter from Mr. Elliott, dated June 19, 2006,

addressed to the Deputy Archivist. The "regarding" line of Mr. Elliott's letter

states that it is an "appeal" and again references the FOIA request number of his

November 2005 request (NW-26985). In his letter, Mr. Elliott states that he made

ten to fifteen FOIA requests, and that he believes the search was inadequate. He

also requested to purchase the documents from the box of blueprints relating to

BARC. Attached hereto as Exhibit "K."

24.    NARA did not respond further to Mr. Elliott's appeal before he filed his

complaint on July 11, 2006, which was several weeks before NARA's 20 working

day limit for responding to the appeal had expired.

25.    On August 29, 2006, NARA received two letters from Mr. Elliott entitled "Re:

F.O.I.A. Request." One was dated August 22, 2006, and stated his desire to

purchase the architectural blueprints of BARC buildings 003 and 023, and asked

for information regarding the price if the fee could not be waived. The other

letter, dated August 25, 2006, stated his desire to purchase the architectural

blueprints of BARC buildings 003, 010, 011A, and 023, and requested a reply.

Attached hereto as Exhibits "L" and "M," respectively.

26.    NARA's response, dated September 14, 2006, pointed out that in response to Mr.

Elliott's initial FOIA request of November 2005 (NW 26985), in which he requested blueprints for all of the buildings located within BARC, we informed him that we have only one (1) box of blueprints relating to BARC. We also informed him that those blueprints relate to road construction, not buildings. NARA further reminded Mr. Elliott that in response to one of his other requests for blueprints of specific buildings located within BARC, NARA's Cartographic Unit informed him that although NARA holds the blueprints of the National Agricultural Library in Beltsville, Maryland, there are no other records with which to specifically respond to his requests.

27.     NARA's September 14, 2006 letter again suggested that Mr. Elliott contact BARC or the Department of Agriculture directly, or try the National Agricultural Library. We also pointed out to Mr. Elliott that NARA does not consider itself further obligated to respond to his repeated requests for information when NARA's initial response to his request for the same information is the subject of ongoing litigation. This applied to his May 27, 2006 request for the blueprints of building 003, as well as the appeal he filed in June 2006 to NARA's response to his initial FOIA request, because, as stated above, the complaint was lodged before NARA had the opportunity to respond to either that request or the appeal. Attached hereto as Exhibit "N."

28.    NARA diligently searched its holdings for any records responsive to Mr. Elliott's requests for blueprints relating to BARC.  NARA found no records that are responsive to Mr. Elliott's requests.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed October 10, 2006.

James J. Hastings

Damon Elliott 3,034·037
Box 150160
Atlanta, Ga. 30315

11-24-05
RE; F.O.I.A for ARCHIVE

Dear Librarian;

I have a very important issue
and I chose to ask you for your assistance
in resolving it, because I don't have
the resources.
It is a necessity that I receive
a file, stamp, xerox copy of the
Architecture Blue-print on (ALL) the
Building that was constructed within/on
the Beltsville Agriculture Research
Center in Beltsville, Maryland.
Thank You.

Sincerely,
Damon Elliott

EXHIBIT
A

Received in NE  12/8/2005
Date Due  1/9/206
Register No.  cu 26985
Assigned to  NWCTC

December 21, 2005

Damon Elliott
31034037
United States Penitentiary
P.O. Box 150160
Atlanta, GA 30315

Dear Mr. Elliott:

This is in response to your November 24, 2005 Freedom of Information Act request (NW-26985) for information relating to the architectural blueprints of all the buildings located within the Beltsville Agricultural Research Center in Beltsville, Maryland. We received your request on December 13, 2005.

A search of our records uncovered 11 boxes of information about the construction of the Beltsville Agricultural Research Center, including 1 box of blueprints. However, it appears that all of the blueprints relate to road construction and surfacing. We estimate that each one of these boxes contains roughly 1000 pages of text and it would cost $5,500 to duplicate the contents of these files. Should you wish to get an order form for all or part of these files, you can write to the NWCTC address given below and we will send you an order form.

It would appear that most of the blueprints of the Beltsville Agricultural Research Center are still in the hands of the Department of Agriculture or the Research Center itself. You can write to them at Agricultural Research Service Headquarters Staff, George Washington Carver Center, 5601 Sunnyside Avenue, Beltsville, Maryland, 20705.

We do not consider this response a denial under the Freedom of Information Act because the records in our custody do not include the information you requested. If you consider this an adverse response, you may appeal by writing to the Deputy Archivist (NW), National Archives at College Park, 8601 Adelphi Road, College Park, Maryland, 20740-6001, and explain why you think our search does not meet the requirements of the FOIA.

We regret that we could not be of more assistance to you. If you have any further questions, you may write to the Civilian Reference Branch (NWCTC), National Archives at College Park, 8601 Adelphi Road, College Park, MD 20740-6001. The telephone number is (301) 837-3480.



EXHIBIT
B

Sincerely,


GENE MORRIS
Civilian Records
Textual Archives Services Division

Official File
NWCTC 06-0921

Letter
Sent
1/17/05

Referred to NWCS

Daman Elliott 31034-037

Box 150160

Atlanta, Ga. 30315

NWCTO No. __06 - 1168__

Received __1/5__ Due __1/19__

Assigned To __Gene__

12-29-05

RE: (NW-26985)  ORDER FORM

Dear Mr. Morris:

Can you please send me an Order Form, so I can purchase part of these files?

I decided to break down my F.O.I.A. Request, and now specifically request the Architectural Blue-prints on Building 22 within the Beltsville Agriculture Research Center in Beltsville, Md. 20705.

If you are in possesion of the Blue-prints on Building 22, how much would it cost me, for your office to duplicate the contents of these files?

Sincerely,

Elliott Damon

EXHIBIT
C

January 17, 2006

Damon Elliott 31034-037
PO Box 150160
Atlanta, GA 30315

Dear Mr. Elliott:

This is in response to your request for information relating to the Beltsville Agricultural
Research Center.

A search of our records was unable to find any blueprints or other drawings or plans for Building
22 within the Beltsville Agricultural Research Center. We are forwarding your request to our
Cartographic unit and they will answer you separately from this response. The records you seek
may still be in the hands of the Department of Agriculture or the Research Center.  You can
write to their Information Office at Director, Information Staff, Room 1-2251, 5601 Sunnyside
Ave. Beltsville, MD 20705-5128. You can also direct a Freedom of Information Act Request to
them at Room 1-2248, 5601 Sunnyside Ave. Beltsville, MD 20705-5128.

We hope that this information is of assistance to you. If you have any further questions, you may
write to the Civilian Reference Branch (NWCTC), National Archives at College Park, 8601
Adelphi Road, College Park, MD 20740-6001.  The telephone number is (301) 837-3480.


Sincerely,


GENE MORRIS
Civilian Records
Textual Archives Services Division


~~Enclosure~~

Official File
NWCTC 06-1168



January 30, 2006

Damon Elliott 31034-037
Box 150160
Atlanta, GA  30315

Dear Mr. Damon:

This is in reply to you recent e-mail regarding copies from our holdings.  We are unable to locate Architectural Blueprints on Building 22 within the Beltsville Agriculture Research Center in Beltsville, MD  20705.

Thank you for your interest in the records located here at the National Archives Cartographic Branch.

Sincerely,


Priscilla  Dyson



EXHIBIT
E



Damon Elliott 31034-037
Federal Correctional Complex
United States Penitentiary 2
P. O. Box 1034
Coleman, Florida 33521

2-28-06
RE: Blue-prints-Architectural

Dear Cartographic Unit:

I need your help! I wrote the Beltsville Agriculture Research Center in Beltsville, Md. and was denied access of my F.O.I.A. request right to Blue-prints.

Do your office have access to copies/records of the Architecture Blue-prints for (ALL) the Buildings that was constructed within the U.S. Dept. of Agriculture REE-ARS in Beltsville, Md., off of 5601 Sunny side Ave.?

If so, how can I make purchase of them from you?

Only ol NAL

Please reply thank you

Sincerely,

Damon Elliott


EXHIBIT
F

March 16, 2006

Reply to: NWCS2006M0885KD

Damon Elliott 31034-037
Federal Correctional Complex
United States Penitentiary 2
P.O. Box 1034
Coleman, Florida 33521

Dear Damon Elliott;

This is in response to your 2/28/2006 request for information on the availability of certain blueprints among the holdings of the National Archives.

We have blueprints of the National Agricultural Library in Beltsville, Maryland. The building's address is off of Baltimore Avenue. We were unable to find any drawings of buildings constructed of off Sunnyside Avenue. If you would like to order the blueprints of the library, please contact a vendor using the information that is enclosed.

Best Regards,

KIMBERLY DAVIS
Cartographic Section
Special Media Archives Services Division (NWCS)
301.837.3158



FWD TO: NWCTL

Damon Elliott 31034-037    Rm: 2600
F.C.C. U.S.P. - 2
P.O. Box 1034
Coleman, Florida 33521

March 23, 2006

NWCTO No. 060-2590
Received 4/7  Due 4/21
Assigned To __Joe__

Dear Ms. Davis:

I have a very important issue, and I choose to ask for your assistance in resolving it.

I was accuse and convicted of committing a federal crime in Building 22 that was testified to be located on the Beltsville Agriculture Research Center in Beltsville, Md.

My Question to you, do you have any other resources that I can address my concerns to, beside the (B.A.R.C.) itself, because I already made a request to them Records / Documents

I need any kind of that will prove the existance, or non existance of Building 22, and/or will prove what is building 22?

please reply,
I need your help!
Damon Elliott

EXHIBIT
H



# National Archives and Records Administration

*8601 Adelphi Road*
*College Park, Maryland 20740-6001*

April 20, 2006

Damon Elliott 31034-037
F. C. C. U.S. P. – 2
P.O. Box 1034
Coleman, FL 33521

Dear Mr. Elliott:

This is in response to your letter of March 23, 2006, seeking records or documents proving the existence or non-existence of building 22 located at the Beltsville Agriculture Research Center in Beltsville, Maryland.

We checked the finding aids for any mention of the Beltsville Agriculture Research Center and found references to several boxes regarding the construction of the research center contained in the records of the Office of the Secretary of Agriculture (Record Group 16). We searched the boxes but failed to locate information regarding building 22. Also, we checked correspondence files related to the research center contained in the Records of the Bureau of Plant Industry, Soils, and Agricultural Engineering (Record Group 54), but again found nothing in the records on building 22.

To answer your question regarding other resources about the center, we suggest you try writing to the National Agricultural Library, 10301 Baltimore Blvd., Beltsville, MD 20705 for any published sources regarding building 22. The library's telephone number is 301-504-5755.

Sincerely,

Textual Archives Services Division

06-2590
NWCTC Official File



EXHIBIT
I



Damon Elliott 31034-037
F.C.C. U.S.P. - 2
P. O. Box 1034
Coleman, Fl. 33521

| NGC Log No: 06-19A |
| --- |
| Date Received: _____ |
| Date Due: _____ |
| Assigned to: _____ |

May 27, 2006
RE: F.O.I.A. (NW-26985)    Appeal

Dear Ms. Oliver :

    How are you feeling today? I have a very
important issue, and I chose to ask you for
your assistance in helping me resolve it.
    I need a copy of the Architectural Blueprints
for building 003 that's located within the Beltsville
Agriculture Research Center in Beltsville, Md.
            Please reply
            Thank you

            Sincerely,

            Damon Elliott



EXHIBIT
J

RECEIVED

Damon Elliott 31034-037

F.C.C. U.S.P. 2

P.O. Box 1034

Coleman, Fl. 33521

| NGC Log No: |
| Date Received: |
| Date Due: |
| Assigned to: |

June 19, 2006

RE: APPEAL F.O.I.A. (NW-26985)

Dear Deputy:

   Mr. Elliott has made between 10-15 F.O.I.A Request address to your office for information/Documents.

   Mr. Elliott believe the search conducted was not adequate, and the response was in error, and he consider the response a denial under the F.O.I.A.

   ELLIOTT request to purchase Documents from the box of blueprints, for the Beltsville Agriculture Research Center.

Sincerely,

Damon Elliott



EXHIBIT
K

NGC Log No: 06-017A
Date Received: 6/27/06
Date Due: 7/26/06
Assigned to: MJo

Damon Elliott 31034.037
F.C.C. U.S.P.
P. O. Box 1034
Coleman, Fl. 33521



received by JAL
9/30/06

August 22, 2006
RE: NW 26985

Dear N. A. R. A. :

I would like to purchase the
architectural blueprints of building [S]
003, and 023 located within the
Beltsville Agricultural Research Center
in Beltsville Maryland.
Please inform me with the price,
if I can't waive the fee. Thanks

Sincerely

Elliott, Damon



EXHIBIT
L

Damon Elliott 31034-037
F. C. C.  U. S. P.
P. O. Box  1034
Coleman, Fl.  33521



August 25, 2006
RE: F. O. I. A. REQUEST

Dear Ms. Oliver :

   I want to purchase the Architecture
Blue prints to Buildings 023, 010,
011A, and 003, ▮▮▮ located within
the Beltsville Agriculture Research
Center in Beltsville, MD.
   Thank you, please reply.

Sincerely

Elliott Damon



EXHIBIT
m



# *National Archives and Records Administration*

*8601 Adelphi Road*
*College Park, Maryland  20740-6001*

September 14, 2006

Mr. Damon Elliott
31034-037
F.C.C. U.S.P.
P.O. Box 1034
Coleman, FL 33521

Dear Mr. Elliott:

This letter is in response to your August 22 and August 25, 2006 letters stating your desire to purchase the blueprints of buildings 003, 023, 010, and 011A located within the Beltsville Agricultural Research Center (BARC).

In response to your initial FOIA request of November 2005 (NW 26985), in which you requested blueprints for all of the buildings located within BARC, we informed you that we have only one (1) box of blueprints relating to BARC. We also informed you that those blueprints relate to road construction not buildings. In response to one of your subsequent requests for blueprints of specific buildings located within BARC, NARA's Cartographic Unit informed you that we hold the blueprints of the National Agricultural Library in Beltsville, Maryland, but no other records with which to specifically respond to your requests. As NARA's searches have uncovered no information responsive to your requests, we suggest, as we have in our previous responses, that you contact BARC or the Department of Agriculture directly, or try the National Agricultural Library.

We would like to remind you that your requests relate to a matter currently being litigated based on the complaint you filed in the United States District Court for the District of Columbia on July 11, 2006, Civil Action Number 06-1246. NARA does not consider itself further obligated to respond to your repeated requests for information when our initial response to your request for the same information is the subject of ongoing litigation. Please understand that this applies to your May 27, 2006 request for the blueprints of building 003, as well as the appeal you filed in June to NARA's response to your initial FOIA request, because the complaint was lodged before NARA had the opportunity to respond to either that request or the appeal.

We hope this information is helpful to you.

Sincerely,

JEFFREY LANDOU
Assistant General Counsel

cc:  Heather Graham-Oliver
       Assistant United States Attorney

EXHIBIT
N