RECEIVED
OCT 10 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT
    Plaintiff,

v.               Civil Action No. 06-1246 (JDB)

NATIONAL ARCHIVES AND
RECORDS ADMINISTRATION,
    Defendant.

## MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff moves, pursuant to Fed. R. Civ. P. 6(b)(1), for an extension of time to answer or otherwise respond to the complaint brought under the F.O.I.A., 5 U.S.C.A. § 552.

The Defendant had until September, 22, 2006 to file its Motion, thenafter Plaintiff have until October 6, 2006, to file his Opposition.

Plaintiff did not receive Defendant Motion, for this reason, Plaintiff request an extension of time to answer the Motion.

## CERTIFICATE OF SERVICE

I hereby certify on this 5th day of October, 2006, a copy of this Motion to Extend Time have been served by first class United States Mail, postage paid to:

Heather D. Graham-Oliver
Assistant U.S. Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530

*Lamar Elliott*