UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,
    Plaintiff,

v.        Civil Action No. 06-1246 (JDB)

NATIONAL ARCHIVES AND
RECORDS ADMINISTRATION,
    Defendant.

## FACTUAL AND PROCEDURAL BACKGROUND

On 11-24-05, Plaintiff requested copies of blueprints for all the buildings that was constructed within the Beltsville Agriculture Research Center (B.A.R.C.) in Beltsville, Maryland. See Defendant's Exhibit (A).

On 12-21-05, Defendant search its Records and uncovered 11 boxes of

RECEIVED
OCT 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

information about the construction of the (B.A.R.C.), including 1 box of blueprints, however, it appears that all of the blueprints relate to road construction and surfacing. See Defendant's Exhibit (B).

## ARGUMENT

There is one key word in this short description: "appears". The word "appears" means to seem likely, and based on this definition alone, we are not positively sure that all blueprints relate to road construction and surfacing.

As a general rule, an agency must undertake a search "reasonably calculated" to located the requested records. See Voinche v. F.B.I., No. 96-5304, 1997 WL 411685 (D.C. Cir. June 19, 1997) (ruling that agency was not obligated to "search for records beyond the scope of the request").

2.

<u>Department of the Army</u>, 920 F.2d 57 (D.C. Cir. 1990) (holding agency may not limit search to one record system if others are likely to contain responsive records).

The Defendant fabricated <u>Exhibit (E)</u>. Plaintiff don't have access to do any E-mailing.

Thus, to avoid summary judgment, the Plaintiff must state specific facts or present some objective evidence that would enable the court to find he is entitled to relief. In <u>Celotex Corp. v. Catrett</u>, 477 U.S. 377 (1986).

Plaintiff remedy remain the same, without the omission that Defendant clarify whether all blueprints relate to road construction and surfacing, or "appears" to relate to road construction and surfacing?

CERTIFICATE OF SERVICE

I hereby certify that on this 24TH day of October, 2006, a copy of the foregoing Motion have been served by first class United States mail, postage prepaid to:

Assistant U.S. Attorney
Heather D. Graham-Oliver
Judiciary Center Building
555 4TH St., N.W.
Washington, D.C. 20530

Under the penalty of perjury, I declare this Motion to be true and correct.

Damon Elliott
*Damon Elliott*

4.