IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT ) | |
| ) | |
| Plaintiff, *Pro-se*, ) | |
| ) | |
| v. ) | Civil Action No. 06-1246 (JDB) |
| ) | (Electronic Filing) |
| NATIONAL ARCHIVES AND RECORDS ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Motion For Extension Of Time To File Reply**

Defendant, National Archives and Records Administration, (NARA) by and through undersigned counsel hereby moves, pursuant to Fed. R. Civ. P. 6(b)(2) for an extension of time in which to file its Reply. NARA requests until Friday, November 17, 2006, to file its reply. Because plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion, and defendant has not obtained his position as to the relief requested. See Local Civil Rule 7(m).

There is good cause for this motion. Defendant's preparation of its reply brief has been hampered by other responsibilities which have occupied the counsel for the Government. These responsibilities have included taking the deposition of the Plaintiff, preparing witnesses for deposition and defending depositions in Simmons v. Cox, Civ. Act. No. 05-1828 (RCL) (depositions scheduled for the week of November 13, 2006). Investigating the complaints and applicable law and filing responsive pleadings in Esquibel v. Cino, Civ. Act. No. 06-1485 (PLF);and Mary Williams v. Gordon England, Civ. Act. No. 06-0409 (RBW).

Despite diligent efforts to meet the current due date for the Government's reply,

undersigned counsel has been unable to complete the Government's reply and obtain agency input in accordance with that due date. Accordingly, the four-day allotment of additional time will be necessary to complete the Government's reply and to obtain the agency's input.

For the foregoing reasons, defendant respectfully requests that this motion for an enlargement of time be granted. This motion is not made for delay but for good cause shown.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____    /s/
                               _____
                               HEATHER D. GRAHAM-OLIVER
                               Assistant United States Attorney
                               Judiciary Center Building
                               555 4th St., N.W.
                               Washington, D.C. 20530
                               (202) 305-1334

**CERTIFICATE OF SERVICE**

      I certify that the foregoing Request For Extension of Time was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Damon Elliott
#31034-037
F.C.C. USP-2
Post Office Box 1034
Coleman, Florida 33521


on this 13th day of October, 2006.

                                                  /s/
                                       _____
                                       Heather Graham-Oliver