UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>　　　Defendant. | Civil Action No. 06-1246 (JDB) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED defendant's motion for summary judgment [Dkt. #12] is GRANTED.  It is further

ORDERED that JUDGMENT shall be entered in defendant's favor.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:  December 21, 2006